IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADLA BARAKAT,<br>    Plaintiff | CIVIL ACTION |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration,<br>    Defendant | No. 08-1696 |

## ORDER

**Robert F. Kelly, Sr. J.**

AND NOW, this 22nd day of Jan., 2009, upon consideration of Plaintiff's request for review, and Defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. This matter is REMANDED to the Commissioner for review consistent with this report and recommendation.

BY THE COURT:

_____
ROBERT F. KELLY,     SR. J.